**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH SUTTON, | CASE NO. CV F 11-1426 LJO JLT |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION IN LIMINE** (Doc. 29.) |
| vs. | |
| MARK DEROSIA, et al., | **December 3, 2012 Hearing Vacated** |
| Defendant. | |

Plaintiff Elizabeth Sutton's ("Ms. Sutton's") sole motion in limine seeks to exclude evidence of her 2010 domestic violence dispute with her husband. This Court DENIES Ms. Sutton's motion in limine. Since Ms. Sutton seeks emotional distress damages, other unrelated emotional distress factors are appropriate to discuss. F.R.Evid. 403 weighing and balancing favor admission of such evidence.

This Court VACATES the December 3, 2012 motions in limine hearing. The parties are encouraged to resume a settlement conference with U.S. Magistrate Judge Jennifer Thurston if the parties believe doing so is productive.

IT IS SO ORDERED.

**Dated:   November 27, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1