# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SUTTON, | CASE NO. CV F 11-1426 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 43.) |
| MARK DEROSIA, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 23, 2013**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1